UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    - v. -

TERRENCE BUDDINGTON,

        Defendant.

- - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 14 2019

ORIGINAL

INDICTMENT

19 CRIM 182

## COUNT ONE
### (Escape)

The Grand Jury charges:

On or about November 17, 2018, in the Southern District of New York and elsewhere, TERRENCE BUDDINGTON, the defendant, did knowingly escape and attempt to escape from the custody of the Attorney General and his authorized representative, and from an institution and facility in which he was confined by direction of the Attorney General, and from custody under and by virtue of process issued under the laws of the United States by a court, judge, and magistrate judge, and from the custody of an officer and employee of the United States pursuant to lawful arrest, which custody and confinement was by virtue of a conviction of an offense, to wit, BUDDINGTON, while in the custody of the Bronx Residential Re-Entry Center ("Bronx RRC") located at 2534 Creston Avenue in the Bronx, New York, following a conviction in the United States District Court for the Southern District of

New York for conspiracy to commit a Hobbs Act robbery, in violation of 18 U.S.C. § 371, left the Bronx RRC without authorization and failed to return.

(Title 18, United States Code, Sections 751(a) and 4082(a).)

_____
FOREPERSON

_____
Geoffrey S. Berman
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA**

v.

**TERRENCE BUDDINGTON,**

Defendant.

---

**INDICTMENT**

(18 U.S.C. §§ 751(a) & 4082(a).)

GEOFFREY S. BERMAN
United States Attorney

*/s/ [signature]*
Foreperson

---

3/14/19   Filed Indictment
case assigned to Judge Kaplan

USMJ Gorenstein

MEL